UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | ORDER |
| XAVIER REYES, | 24 Cr. 554-02 (LGS) |
| Defendant. | |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Gary Stein on April 8, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

The Clerk of the Court is directed to terminate the letter motion at docket number 35.

SO ORDERED:

Dated: April 14, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE