UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-

    XAVIER REYES,
                              Defendant.
------------------------------------------------------------ X

24 Cr. 554-02 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Xavier Reyes' sentencing hearing will be held on **July 28, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's sentencing submission, if any, shall be filed on or before **July 7, 2025**. The Government's pre-sentencing submission, if any, shall be filed by **July 10, 2025.**

Dated: April 14, 2025
       New York, New York

                                               **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**