LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

June 6, 2025

The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The sentencing is adjourned to September 29, 2025, at 11 am. So Ordered.

Dated: June 9, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Xavier Reyes*, 24 Cr. 554 (LGS)

Dear Judge Schofield:

I represent Xavier Reyes in the above referenced case. I am seeking an adjournment of Mr. Reyes' sentencing which is scheduled for July 28th at 11:00. The Presentence Report ("PSR") is scheduled to be disclosed on June 9th, however, only a portion of the interview has been completed. Accordingly, disclosure will be delayed and even if the PSR could be completed within the next week or two, .because many medical records will be sought, it is unlikely that Probation will have the information it needs to complete the PSR in the next few weeks, I predict that the report will not be disclosed until mid to late July and that may be optimistic in light of summer vacation schedules. Accordingly, to allow defense counsel and the Government sufficient time to review the PSR, submit objections to the PSR, if any , and for each party to file its sentencing submissions in a timely manner, I respectfully request Mr. Reyes' sentencing be adjourned until mid to late September. The Government has no objection to this request.

Respectfully,
/s/
Donna R. Newman
cc. AUSA Benjamin Burkett