UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

XAVIER REYES,

Defendant.
------------------------------------------------------------X

24 Cr. 554-02 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for September 29, 2025, is adjourned to **February 3, 2026, at 11:00 a.m.**  Defendant's sentencing submission shall be filed by **January 12, 2026.**  The Government's sentencing submission shall be filed by **January 15, 2026.**

Dated: September 22, 2025

New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE