UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA,       :

                                 :

                                 :         24 Cr. 554-02 (LGS)

          -against-             :

                                 :         <u>ORDER</u>

XAVIER REYES,                 :

                       Defendant.  :

----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing hearing currently scheduled for February 3, 2026,

is adjourned to **March 10, 2026, at 11:00 a.m.**

Dated: January 23, 2026
      New York, New York

                                     LORNA G. SCHOFIELD
                               UNITED STATES DISTRICT JUDGE