UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                               :

UNITED STATES OF AMERICA,         :

                            :         24 Cr. 554-02 (LGS)

         -against-        :

                            :         <u>ORDER</u>

XAVIER REYES,               :

                Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for March 10, 2026, is adjourned to **April 14, 2026, at 11:00 a.m.**

Dated: March 5, 2026
       New York, New York

                                      **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**